IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM E. PURCELL,<br><br>Defendant. | Case No. 17-cv-05116-CRB<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

Pursuant the parties' stipulation, this case is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated: Dec. 6, 2017

CHARLES R. BREYER
United States District Judge